

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00138-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**

                                                            **Appellant**

 **v.**

**MEGHAN K. WELLS,**

                                                            **Appellee**

From the 21st District Court
Burleson County, Texas
Trial Court No. 25,844

## MEMORANDUM OPINION

The parties have filed a "joint motion for entry of an agreed order" that is signed by counsel for each party. It states that they agree that we should reverse the trial court's order being appealed, should affirm the underlying administrative decision, and should order that each party bear their own costs as incurred. *See* TEX. R. APP. P. 42.1(a)(2)(A).

Accordingly, we reverse the trial court's January 8, 2010 order and render judgment affirming the October 13, 2009 administrative decision that suspends

Appellee Meghan K. Wells's license for 90 days.  It is further ordered that each party

pay costs of this appeal as they have been incurred.



REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Motion granted; judgment reversed and rendered
Opinion delivered and filed October 27, 2010
[CV06]